SEPTEMBER 29, 1960

No. 64620.—SUIT 5013.—John V. Carr & Son, Inc. *v.* United States.— —Abstract 63200 affirmed June 8, 1960. C.A.D. 747.

BEFORE THE FIRST DIVISION, OCTOBER 4, 1960

No. 64621.—Edward R. Bartlett et al. *v.* United States, protests 330301–K, etc. (New York).

Opinion by OLIVER, C. J. The protests were dismissed for lack of prosecution.

No. 64622.—Venetianaire Corp. of America *v.* United States, protests 59/33053, 60/5017, and 60/289 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 64623.—Shrager Bros. Co. *v.* United States, protests 313651–K, etc. (Pittsburgh).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 64624.—Superintendence Co., Inc., and P. John Hanrahan, Inc. *v.* United States, protest 58/13272 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C.D. 1904), the claim of the plaintiffs was sustained.